AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Lisandra Fernandez-Silber | Telephone: | (313) 226-9100 |
| Special Agent: | Raymond Nichols | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Anthony John-Hamernik GIRARD

Case No. 2:21-mj-30306
Judge: Unassigned,
Filed: 06-18-2021

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 29, 2020 and January 5, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Attempted Production of Child Pornography |
| 18 U.S.C. § 2260A | Commission of a Felony Offense Involving a Minor when Required to Register as a Sex Offender |
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Raymond Nichols - FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: **Jun 18, 2021**

_Judge's signature_

City and state: Detroit, Michigan

Honorable Patricia T. Morris, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Raymond C. Nichols, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

## I.     INTRODUCTION

1.     I have been employed as a Special Agent of the FBI since February 2012 and am currently assigned to the FBI Detroit Division.  Prior to being employed by the FBI I obtained a bachelor's degree in computer information systems and was employed as a network/server administrator for approximately 9 years.  While employed by the FBI, I have investigated federal criminal violations related to Internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children.  I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2.     I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws. I am authorized by law to request an arrest warrant.

1

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **ANTHONY JOHN-HAMERNIK GIRARD** (date of birth \*\*/\*\*/1990) for violations of: 18 U.S.C. § 2251(a) (attempted production of child pornography), 2422(b) (attempted coercion and enticement of a minor), and 2260A (commission of a felony offense involving a minor when required to register as a sex offender).

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training and background as a Special Agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **GIRARD** has violated Title 18 U.S.C. §§ 2251(a), 2422(b), and 2260A.

2

## II.   PROBABLE CAUSE

5. On May 26, 2021, I was contacted by Detective Shannon Kociancic of the Perrysburg Police Department in Perrysburg, Ohio regarding a child exploitation investigation. Detective Kociancic provided me with the following information.

6. On January 5, 2021, a Perrysburg Detective working in an undercover capacity (hereafter UC) on Omegle, was matched with an individual, and the two began chatting. Omegle is an internet-based chat platform which includes the ability to chat via text or video. Omegle randomly links two users based on interests. The UC was asked by the other party (hereafter S1) how old she was. The UC told S1 that she was almost 15 years old. S1 told the UC that he was 30 years old from Toledo (Ohio). S1 asked the UC to move the conversation to Instagram.

7. On or about January 5, 2021, the UC provided S1 with her Instagram username, and then received a message from Instagram user Youngmuny1234. Youngmuny1234 asked the UC if she was a virgin and asked for a picture. The UC sent a picture to Youngmuny1234 that was age regressed and appeared to be of a minor female. Youngmuny1234 asked the UC how old she was, and she told him she would be 15 on the 11th (January). Youngmuny1234 asked the UC for nude images, which she declined to send. The UC told Youngmuny1234 that her friend had sent nudes to someone online and got into trouble. The two discussed meeting

3

up for sex, and Youngmuny1234 continued to ask the UC for nude images. Below are some of the chats relevant to the investigation:

| SENDER | MESSAGE |
| --- | --- |
| UC | SENDS PHOTOGRAPH OF HER FACE |
| Youngmuny1234 | Any with less clothing? |
| UC | Lol prob not. U asking for nudes? I don't do that a friend of mine got burned |
| Youngmuny1234 | Lol I delete pics after I view them |
| Youngmuny1234 | Are you on birth control |
| UC | Lol no |
| Youngmuny1234 | Would you want me to wear a condom |
| UC | If we hook up? Yeah wouldn't that be the safest for everything? |
| Youngmuny1234 | Yeah, but I enjoy it without a condom more |
| UC | LOL is it really better? |
| Youngmuny1234 | I thin so but I also like cumming inside |
| Youngmuny1234 | Where would you wann fuck at |

4

| UC | Lol I dunno I live in Perrysburg n I'm not old enough to drive |
| --- | --- |
| Youngmuny1234 | How many fingers fit inside your pussy? |
| UC | Lol I dunno I honestly never tried. I feel weird touching myself |
| Youngmuny1234 | Can I see it? |
| Youngmuny1234 | Im wrried I might not fit tbh |
| Youngmuny1234 | I wanna see it to make sure I will fit |
| UC | Oh would we need lube or something? |
| Youngmuny1234 | Yeah or you can spit all over it plus I can eat your pussy to get you crazy wet too |
| UC | That's exciting |

8. The UC and Youngmuny1234 continue to discuss meeting up to have sex, with Youngmuny1234 offering to drive to the UC in Perrysburg. Youngmuny1234 continues to ask the UC for pictures and she tells him, "Lol lots of pic requests but u r sending me nothin….". On January 5, 2021, in response to the UC, Youngmuny1234 sends the UC a photograph of his erect penis. The photograph appears to be taken on a bed. Youngmuny1234 is depicted wearing jeans and black socks. His penis is exposed through the zipper fly of his jeans, with his hand on the

5

base of his penis. Youngmuny1234 is wearing a ring on what appears to be his left ring finger. In the background are a set of crutches propped against the wall. There appears to be an open door that leads to a hallway, the floor in the hallway is light colored hardwood, and the baseboard is trimmed in white.

9. Youngmuny1234 asks the UC if she had the images of her friend that got her in trouble. The UC tells him no, and that she would not send them because she didn't want her friend to get hurt again. The two stopped chatting on January 12, 2021, and Youngmuny1234 never traveled to Perrysburg to meet the UC.

10. On January 12, 2021, Detective Kociancic obtained a search warrant for Instagram account Youngmuny1234 and served it to Facebook, Instagram's parent company. On February 1, 2021, Detective Kociancic downloaded data responsive to the warrant from Facebook.

11. I have reviewed the Instagram search warrant served and data returned by Facebook in its entirety. I observed similar messages in the account as those that occurred with the UC. In one of those cases, Youngmuny1234 was attempting to chat with a female who identified herself as 13 years old. Youngmuny1234 tells the child that she is attractive and that he is 30 years old. The child confronts Youngmuny1234 calling him a "dumb bitch" and then "go fuck yourself be ashamed".

12. Within the Instagram data obtained from Facebook, I observed another chat with a self-identified 16-year-old girl, who is referred to from hereon as MV1. The chats took place on December 29, 2020. It appears that the two met on Omegle. On Instagram, they talked about having sex, and Youngmuny1234 asked the child for nude photographs, which the child sent. Pertinent excerpts of the chat are below.

| SENDER | MESSAGE |
| --- | --- |
| Youngmuny1234 | Pic? |
| MV1 | off |
| Youngmuny1234 | What do you wanna send love |
| MV1 | U like fat girls |
| Youngmuny1234 | Hell yeah I do |
| Youngmuny1234 | Do you have big or small boobs |
| MV1 | Tripple d |
| Youngmuny1234 | Can I see u tho |
| MV1 | SENDS AN IMAGE OF HER WITH HER TOP PULLED DOWN TO EXPOSE HER BARE BREASTS |
| Youngmuny1234 | Mmmm I kinda wish you were younger than 16 too hah |

7

| Youngmuny1234 | And you take a pussy pic with flash |
|---|---|
| MV1 | SENDS AN IMAGE THAT IS A CLOSE UP OF HER BARE VAGINA |

13. The IP addresses used by Youngmuny1234 were included in the search warrant return from Facebook. Frequently used IP addresses were 50.228.105.70, 50.200.229.154, and 69.14.98.63.

14. On or about February 2, 2021, Detective Kociancic obtained and served a subpoena to Comcast for IP addresses 50.228.105.70 and 50.200.229.154. On or about February 24, 2021, Comcast provided the below subscriber information.

**50.228.105.70**

The Paslin Company

3400 E. 10 Mile Road

Warren, MI 48091

**50.200.229.154**

The Paslin Company

52550 Shelby Parkway

Shelby Township, MI 48091

15. On or about February 9, 2021, Detective Kociancic obtained and served a subpoena to Wide Open West for IP address 69.14.98.63. On or about May 28,

8

2021, Wide Open West provided the below service address which the IP was assigned to:

XXXX Kolb Avenue

Allen Park, MI 48101

16. On May 28, 2021, I conducted a search of the Michigan Sex Offender Registry for address XXXX Kolb Avenue, Allen Park, MI. The results of that search indicated that **ANTHONY JOHN-HAMERNIK GIRARD** was a registered sex offender living at the address. **GIRARD** was required to register as a sex offender for violation of Michigan Code Section 750.335A2B – Aggravated Indecent Exposure. The registry listed **GIRARD**'s employment address as XXXXX Ryan Road, Warren, MI.

17. On May 28, 2021, I conducted an internet search for address XXXXX Ryan Road, Warren, Michigan. I was able to determine through that search that the address was The Paslin Company's Headquarters. As noted in this affidavit, Instagram account Youngmuny1234 was accessed by IP addresses resolving to The Paslin Company.

18. On or about June 2, 2021, I conducted a search for **ANTHONY JOHN-HAMERNIK GIRARD** on the Wayne County 3rd Circuit Court's website. I was able to locate case number 13-010463-01-FH which appeared to contain information regarding **GIRARD**'s previous conviction that required him to register

9

as a sex offender.  In 2013, **GIRARD** was charged with 3 counts of Criminal Sexual Conduct – Third Degree (student).  **GIRARD** appeared to have entered into a plea deal in which he pleaded guilty to 1 count of Aggravated Indecent Exposure.  As a result, the Criminal Sexual Conduct charges were dropped.

19. On June 3, 2021, I obtained a police report from the Dearborn Police Department in Dearborn, Michigan which detailed their investigation as part of 13-010463-01-FH.  Per the report, **ANTHONY JOHN-HAMERNIK GIRARD** was a student monitor at a high school where he met a 16-year-old female who was in a special education class at the school.  **GIRARD** entered into a sexual relationship with the child. He picked her up on several occasions, and he drove her to different locations to engage in sexual activity.

20. On June 15, 2021, based in part on the information above, I obtained a search warrant for XXXX Kolb Avenue, Allen Park, Michigan.  On June 18, 2021, FBI executed the search warrant.  At the time of the search, **ANTHONY JOHN-HAMERNIK GIRARD**, his wife, daughter, and brother-in-law were in the home.

21. While the search was being conducted at XXXX Kolb Avenue, I and Detective Kociancic conducted a recorded interview of **ANTHONY JOHN-HAMERNIK GIRARD**.  I advised GIRARD of his *Miranda* rights, and he stated he understood them.  **GIRARD** had lived at the Kolb Avenue residence for approximately 3-4 years, with his wife and daughter.  **GIRARD** worked for The

Paslin Company on Ryan Road in Warren, Michigan. **GIRARD** had a work laptop in the home, which only he used. **GIRARD** denied using any social media except for Twitter. When asked about Instagram account Youngmuny1234, **GIRARD** invoked his right to counsel, and the interview concluded.

22. During the execution of the search warrant, **ANTHONY JOHN-HAMERNIK GIRARD** was observed wearing a ring on his left ring finger. The ring appeared to be identical to the ring depicted in the photograph that Youngmuny1234 sent to the UC of his penis. I was able to identify the room where the photograph was taken as a bedroom in the home. A single crutch was in the closet of that room. When looking out the door of the bedroom, I could see light colored hardwood floors and the same white baseboard trim as depicted in the photograph.

While conducting the search warrant, I spoke with **GIRARD**'s wife who agreed to look at the penis photograph sent by Youngmuny1234 to the UC. The wife was able to identify the ring as **GIRARD**'s wedding ring and offered to provide the receipt. Additionally, she was able to identify the room and bed depicted in the photo. The wife had previously had surgery and was using a crutch for a while. She stated that at one time she kept the crutch in the same location and position as was observed in the photograph.

11

## III. CONCLUSION

23. Based on the foregoing, there is probable cause to believe **ANTHONY JOHN-HAMERNIK GIRARD** has violated: 18 U.S.C. § 2251(a) (attempted production of child pornography), 2422(b) (attempted coercion and enticement of a minor), and 2260A (commission of a felony offense when required to register as a sex offender).

Respectfully submitted,

Raymond C. Nichols, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

HON. PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE

Date: **Jun 18, 2021**